UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 16-20776-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICKEY JENKINS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION TO TERMINATE SUPERVISED RELEASE
## WITHOUT PREJUDICE

THIS MATTER is before the before the Court on Defendant Jenkins' *pro se* Motion for Early Termination of Supervised Release [DE 39]. The Government did not file any written opposition. However, Defendant's United States Probation Officer submitted a written response which included an indication that the Government opposed the motion. Having considered the motion, the response of the USPO, the record, and the 18 USC §3553 factors, the Court will deny the motion at this time. This denial is without prejudice to being renewed by April 1, 2022 with the additional information requested in this order.

On June 6, 2017, Judge Robert Scola sentenced Defendant to 24 months imprisonment to be followed by six years of supervised release for possession with intent to distribute a detectable amount of heroin and fentanyl within 1,000 feet of public housing. His term of supervision began on June 26, 2018 and is set to expire on June 25, 2024. Because the Defendant elected to participate in this District's reentry program, CARE Court, on July 30,

1

2018, his case was transferred to the undersigned. Due to a schedule conflict, the Defendant had to drop out of CARE Court.

Throughout his time on supervision, the Defendant has maintained a stable residence with his sister and her minor children in Miami. He is regularly saving money to obtain his own residence. He has maintained employment as a dishwasher, loader, and landscaper. In May 2021, he obtained full-time employment with Amazon as a stow associate. He likes the company and has been advised that he is eligible to seek a promotion after the holidays. Although not in his motion, the Defendant's USPO has provided additional information that the Defendant has self-reported namely as to his efforts to improve his credit score through the app Self and that he is involved as a coach with the 8-year-old league Gwen Cherry Bulls.

On August 3, 2018, Compass Health Systems determined that the Defendant did not need substance abuse treatment. To date, all his drug tests have yielded negative results. A record check on September 22, 2021, revealed no new arrests or citations. Defendant paid his special assessment fee on September 20, 2018 and he is currently in compliance with all other conditions of supervision.

Defendant's conduct and activities to date are to be commended. Assuming he continues his positive path plus provides verification of additional information noted below, the Court will reconsider early termination in April 2022. The additional information required are: (1) Stable Employment at the same employer for a year; (2) United Way of Miami Financial Resiliency Assessment certification—contact Mitchelle Carrasquilla at carrasquillam@unitedwaymiami.org for the free service that will certify the Defendant's

2

budgeting, savings and credit score improvement efforts to establish financial resiliency; (3) verification by the USPO of his community service; and (4) a concrete plan for obtaining restoration of voting rights upon the issuance of any order of early termination. Mr. Jenkins efforts can be proud of his efforts to date. With these extra tools, plus his positive conduct for the past 41 months, the Defendant gives himself a good foundation for the continuation of a successful re-entry. For these reasons, it is

**ORDERED** that Defendant's pro se Motion for Early Termination is DENIED without prejudice. The Court will consider a renewed motion for early termination in April 2022 provided Defendant continues on his positive path, plus provides the information set forth in this order.

**DONE AND ORDERED** at the United States District Court, Miami, Florida, this 30th day of November, 2021.

PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc: Counsel of record
MacKenzie Hilaire, United States Probation Officer